| | |
|---|---|
| Case No. 3:14-cv-01281-SRU (D. Conn.) | UNITED STATES DISTRICT COURT |
| DALLAS BUYERS CLUB, LLC | DISTRICT OF CONNECTICUT |
| VS. | |
| DOES 1-27 | NOVEMBER 3, 2014 |

## MOTION TO QUASH SUBPOENA

### FOR THE PLAINTIFF'S PRESUMPTION OF FACTS

The Defendant, JOHN DOE, in the above captioned matter, respectfully requests that this Court quash the subpoena served upon Charter Communications, Inc., as it relates to the disclosure of the name and address affixed to Defendant, JOHN DOE's, IP address.

The Plaintiff, DALLAS BUYERS CLUB, LLC, in their subpoena is presuming facts that the name associated with JOHN DOE's IP Address has committed possible tortious acts against them. This presumption assumes that the Owner of this IP Address was also the individual who accessed the computer at the time of these alleged acts. This presumption comes with absolutely no factual basis.

**Oral Argument Requested/Testimony May be Required**

Wherefore, the Defendant respectfully requests the Court to quash said subpoena as it relates to the disclosure of the name and address affixed to Defendant, JOHN DOE'S, IP Address.

                                THE DEFENDANT

                                BY: /John Doe/_____
                                    JOHN DOE
                              Care of: 2 Terrace PL.
                                      Danbury, CT 06810
                                      (203) 744-4852

## ORDER

THE FOREGOING motion having been duly presented and heard, it is hereby ORDERED:

**GRANTED / DENIED**

**BY THE COURT**

Date: _____          _____

*Judge/Assistant Clerk*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered electronically or non-electronically on this date to all attorneys and self-represented parties of record.

Eric Osterberg, Esq.
Osterberg, LLC
1266 East Main Street, Suite 700R
Stamford, CT 06902

Charter Communications, Inc.
Attn: Legal-File Sharing Team
Fax: (314) 909-0609

/John Doe/
JOHN DOE
Care of: 2 Terrace PL.
Danbury, CT 06810
(203) 744-4852