UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**DOES 1-27,**<br><br>Defendants. | Case No.  3:14-cv-01281-SRU<br><br><br>May 1, 2015 |

**STATUS REPORT**

This is the status report ordered by the Court on April 17, 2015. [Dkt. #23.]  Plaintiff has now obtained the identities of all the Doe defendants.  Cablevision, the last of the Internet service providers to respond to plaintiff's subpoenas seeking the identity of Doe defendants, finally provided subscriber information on January 12, 2015.  Based on the information received or unavailable, settlement, or for other reasons, plaintiff has dismissed the case against five defendants.  Plaintiff anticipates that the last of the initial settlements will be completed no later than May 15, 2015, at which time plaintiff intends to file an amended complaint identifying the remaining defendants, serve those defendants, and otherwise move forward with the litigation.

    Respectfully submitted,

    /s/ Eric C. Osterberg
    Eric C. Osterberg (ct22679)
    Osterberg LLC
    1266 East Main Street, Suite 700R
    Stamford, CT  06902
    Tel: (203) 539-6135
    eosterberg@osterbergllc.com
    *Attorney for Plaintiff Dallas Buyers Club, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2015, a copy of the foregoing document was filed electronically through the Court's electronic filing system.

                                          /s/ Eric C. Osterberg
                                          Eric C. Osterberg