UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1-27,<br><br>    Defendants. | Case No.  3:14-cv-01281-SRU<br><br><br>May 18, 2015 |

NOTICE OF DISMISSAL: DOE 4

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Dallas Buyers Club, LLC dismisses this action without prejudice.

Respectfully submitted,

/s/ Eric C. Osterberg
Eric C. Osterberg (ct22679)
Osterberg LLC
1266 East Main Street, Suite 700R
Stamford, CT  06902
Tel: (203) 539-6135
eosterberg@osterbergllc.com
*Attorney for Plaintiff Dallas Buyers Club, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, a copy of the foregoing document was filed electronically through the Court's electronic filing system.

/s/ Eric C. Osterberg
Eric C. Osterberg